PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:23-MJ-00080-EPG |
| Plaintiff, | STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME |
| v. | |
| SCHUYLER A. WELLS, | DATE: October 26, 2023<br>TIME: 2:00 p.m. |
| Defendant. | |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney ANTONIO J. PATACA, and defendant SCHUYLER A. WELLS, both individually and by and through his counsel of record, GRIFFIN ESTES, hereby stipulate as follows:

1.  The Complaint in this case was filed on July 17, 2023, and defendant first appeared before a judicial officer of the Court in which the charges in this case were pending on July 17, 2023. The court set a preliminary hearing date of October 26, 2023.

2.  On July 20, 2023, the Court found good cause to continue the preliminary hearing to October 26, 2023, and excluded time under the Speedy Trial act from July 20, 2023, to October 26, 2023.

3.  By this stipulation, the parties jointly move for an extension of time of the preliminary hearing date to January 30, 2024, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The parties stipulate that the delay is required to allow the

defense reasonable time for preparation, and for the government's continuing investigation of the case. The parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

4. The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between October 26, 2023, and January 30, 2024, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.

Dated: October 17, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ ANTONIO J. PATACA
ANTONIO J. PATACA
Assistant United States Attorney

Dated: October 17, 2023

/s/ GRIFFIN ESTES
GRIFFIN ESTES
Counsel for Defendant
Schuyler A. Wells

**ORDER**

IT IS SO ORDERED.

DATED: 10/18/2023

*Sheila K. Oberto*
THE HONORABLE SHEILA K. OBERTO
UNITED STATES DISTRICT JUDGE