1
2
3
4            IN THE UNITED STATES DISTRICT COURT

5          FOR THE EASTERN DISTRICT OF CALIFORNIA

6

7    UNITED STATES OF AMERICA,              Case No.:  1:24-CR-00194-001 JLT SKO

8              Plaintiff,                   ORDER OF RELEASE

9         v.

10   SCHUYLER A. WELLS

11            Defendant.

12

13        The above-named defendant having been sentenced on September 22, 2025, to Time

14   Served,

15        IT IS HEREBY ORDERED that the defendant shall be released forthwith.

16        A certified Judgment and Commitment order to follow.

17

18   IT IS SO ORDERED.

19        Dated:   **September 22, 2025**          _____
20                                                 UNITED STATES DISTRICT JUDGE

21
22
23
24
25
26
27
28